960 F.2d 148
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Manuel H. VENABLE, Plaintiff-Appellant,
v.
DEPARTMENT OF CORRECTIONS; Ms. Johnson; Dave Garraghty,
Defendants-Appellees.
 No. 92-6094.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: April 6, 1992
Decided: April 21, 1992
 
 Before ERVIN, Chief Judge, and MURNAGHAN and WILLIAMS, Circuit Judges.
 Manuel H. Venable, Appellant Pro Se.
 OPINION
 PER CURIAM:
 
 
 1
 Manuel H. Venable appeals from the district court's order denying relief under 42 U.S.C. § 1983 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Venable v. Department of Corrections, No. CA-91-931-AM (E.D. Va. Dec. 5, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED